IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                    Case No. 3:05CR744

        Plaintiff

   v.                                                                          ORDER

William C. Davis,

        Defendant

      This is a case in which the defendant was released pending trial subject to certain terms and conditions of release. On November 4, 2005, he was taken into custody pursuant to a warrant issued by the U.S. Magistrate Judge following filing of allegations that the defendant had forged a signature on documents submitted as part of a loan request to a bank in Monroe, Michigan.

      A detention hearing was held on November 7, 2005. At that hearing the government presented evidence that the defendant had forged the signature of another individual as a guarantor of the prospective loan. That individual testified that the signatures on the pertinent documents were not his signatures, and that he had not authorized the defendant to sign his name. A bank official testified that the documents containing the forged signatures had been submitted by the defendant as part of his request for the loan.

      The government clearly established probable cause to believe that the defendant had violated the condition of pretrial release that prohibited commission of a federal, state, or local crime.

Consequently, the defendant's pretrial release was revoked, and he was remanded to custody pending the trial of this case.

Part of the surety for the defendant's release was real property, posted to secure a $500,000 bond, which was also a condition of release. The defendant's violation of the conditions of pretrial release subjects the property to forfeiture in the government's favor. The persons whose property was posted shall be directed to show cause why forfeiture should not occur.

It is, therefore,

ORDERED THAT:

1. The defendant's pretrial release be, and the same hereby is revoked; and

2. The persons posting property to secure the defendant's appearance and compliance shall show cause why their property should not be forfeited to the United States government for the defendant's failure to comply with the conditions of release.  The show cause hearing is scheduled for December 12, 2005 at 10:00 a.m.

So ordered.

s/James G. Carr
James G. Carr
Chief Judge